UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:14-00104 |
| v. | ) | Pending before Judge Trauger |
| [1] JOHN WESLEY CANTRELL, III<br>    aka "CHINO" | ) | |
| [2] CHARLES L. SANDERS<br>    aka "BAM" | ) | |
| [3] ALVIN DEWITT PARKER<br>    aka "POOCHIE" | ) | |
| [4] RIGOBERTO EZEQUIEL OBANDO<br>    aka "RICO" | ) | |
| [5] CHRISTOPHER LAMONT CANNON<br>    aka "LOOSE" aka "DRED" | ) | |
| [6] BRANDON LEE LEONARD | ) | |
| [7] MICHELLE ANTOINETTE JOHNSON | ) | |
| [8] LEE RAINEY, III | ) | |
| [9] RAFAEL ALEJANDER AVILA | ) | |
| [10] KEVIN EPPS | ) | |
| [11] MUHAMMAD MASHRUQULLAH<br>     ABDUL-MALIK aka "MALIK" | ) | |
| [12] CRAIG MANGRUM | ) | |
| [13] CHARLES ROBERT ARCENEAUX | ) | |
| [14] JACK DALE WAGNER | ) | |
| [15] ROBERT PATRICK CLAUSEN | ) | |
| [16] DANIEL WAYNE JONES | ) | |

| | |
|---|---|
| [17]   HOWARD GLEN BRONS | ) |
| | ) |
| [18]   DANIEL CLINTON TAYLOR | ) |
| | ) |
| [19]   MICHAEL HARRISON STEWART | ) |

## ORDER

This matter comes before the Court on the United States' Motion to Seal Superseding Indictment. It is hereby ordered that:

The Motion is granted and the Superseding Indictment is ordered sealed, pending further order of the Court, except that a copy of the Indictment: (a) shall be provided by the Clerk's office to the United States Marshals Service (USMS) to permit the USMS to perform its statutorily-authorized duties; (b) a redacted copy may be provided by the United States to the defendants who have been arrested; and (c) an unredacted copy may be provided to each defendants' counsel after each defendant is arrested.

The Clerk is directed to file this Order and related matters under seal and, except for a copy of the Indictment the Clerk shall provide to the USMS, to serve them only on counsel for the United States.

Dated: August 13, 2014

WILLIAM J. HAYNES, JR.
UNITED STATES CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF TENNESSEE