# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Nos. 3:14–00104 |
| | ) | Judge Trauger |
| JOHN WESLEY CANTRELL, III, *et al.* | ) | |

## SEALED ORDER

Given the return of a Superseding Indictment on August 13, 2014, adding numerous defendants, it is hereby **ORDERED** that the trial scheduled for August 26, 2014 is **CONTINUED**, to be reset by later order of the court.

It is so **ORDERED**.

ENTER this 19th day of August 2014.

_____
ALETA A. TRAUGER
U.S. District Judge