ORDER:
Motion granted.

*E. Clifton Knowles*

U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:14-00104 |
| v. | ) | |
| | ) | Judge Trauger |
| JOHN WESLEY CANTRELL, III, et al. | ) | |

## MOTION TO UNSEAL SUPERSEDING INDICTMENT

The United States of America, by and through David Rivera, United States Attorney, and Brent A. Hannafan, Assistant United States Attorney, hereby moves this Court to unseal the superseding indictment.

The superseding indictment was originally sealed due to a large number of the defendants not being in custody at the time it was returned. Almost all of the defendants have been arrested on the superseding indictment and the United States believes it is now appropriate to unseal the superseding indictment as to all defendants.

WHEREFORE, the United States respectfully requests the superseding indictment be unsealed.

Respectfully submitted,

DAVID RIVERA
UNITED STATES ATTORNEY

By: **s/ Brent A. Hannafan**
Brent A. Hannafan
Assistant United States Attorney
110 9th Avenue South - Suite A-961
Nashville, Tennessee 37203
Telephone: (615) 736-5151