IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:14-00104 |
| | ) | Judge Trauger |
| JOHN WESLEY CANTRELL, III, et al, | ) | |

**O R D E R**

It is hereby **ORDERED** that, pursuant to the Guide to Judiciary Policy, Vol. 7, Chapter 2, §230.23.40(b), the court has determined that this case is extended and complex because of the nature of the prosecution, type and age of charges, scope of discovery, and other factors. It is therefore **ORDERED** that interim vouchers may be submitted by appointed counsel, and payment without "hold back" unless required by law. This case will be budgeted as a mega-case with the assistance of the Sixth Circuit Budgeting Attorney, Bob Ranz, and the new cost-containment initiative regarding CJA service providers will apply.

It is so **ORDERED**.

ENTER this 12th day of March 2015.

_____
ALETA A. TRAUGER
U.S. District Judge