IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:14-cr-00104 |
| | ) | Judge Trauger |
| JOHN WESLEY CANTRELL III, ET AL. | ) | |
| | ) | |

**O R D E R**

A status conference was held in this case on September 11, 2015. Several defendants are scheduled for change of plea hearings, and the government anticipates that the remaining defendants will do likewise. The trial will remain set for November 17, 2015. It is further ORDERED that another status conference will be held on October 26, 2015 at 1:30 p.m. The appearance of defendants is excused from this hearing. Only counsel for defendants who have not yet pled guilty or scheduled a plea are to appear for this status hearing.

It is so **ORDERED.**

Enter this 14th day of September 2015.

_____
ALETA A. TRAUGER
United States District Judge